# JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANL SINGAPORE PTE LTD trading as ANL, a Singapore Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PRIME SHIPPING INTERNATIONAL, INC., a California Corporation doing business as PRIME AGENCY and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-08631-DDP-JEM<br><br>**ORDER TO DISMISS CASE WITH PREJUDICE**<br><br>**District Judge**: Dean D. Pregerson<br><br>**Magistrate Judge**: John E. McDermott<br><br>Action Filed: October 8, 2018<br>Trial Date:    April 14, 2020 |

{2607 24053}

1

**ORDER TO DISMISS CASE WITH PREJUDICE**

PURSUANT to the Stipulation to Dismiss Case with Prejudice by and between Plaintiff ANL SINGAPORE PTE LTD trading as ANL ("Plaintiff") and Defendant PRIME SHIPPING INTERNATIONAL, INC., a California Corporation doing business as PRIME AGENCY ("Defendant"), and good cause appearing therefor:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

The instant lawsuit is hereby dismissed, with prejudice. Plaintiff and Defendant shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: June 9, 2020         By _____
                               Dean D. Pregerson
                               United States District Judge